**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HACE and VILLAS CARIBE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, et al.,<br><br>Defendants. | Case No. 2:26-cv-3695 |

**NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Defendant Navy Federal Credit Union ("Navy Federal") respectfully submits this Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs' allegations fail to state a claim upon which relief can be granted. Accordingly, the Court should dismiss the Complaint, with prejudice and without leave to amend, for the reasons discussed in Navy Federal's contemporaneously filed Memorandum of Law in Support of this Motion to Dismiss.

WHEREFORE, Navy Federal respectfully requests that this Court enter an Order dismissing Plaintiff's Complaint.

Dated: August 3, 2026

Respectfully submitted,

/s/ *Sean M. Craig*
Sean M. Craig (Pa. 331672)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Sean.Craig@troutman.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Sean M. Craig, hereby certify that on August 3, 2026, I caused a copy of the foregoing to be filed through the Court's Electronic Filing System, which will provide service to all counsel of record.

*/s/ Sean M. Craig*
Sean M. Craig