IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HACE and VILLAS CARIBE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; CITIZENS BANK, N.A.; and JOHN DOES 1-10,<br><br>Defendants. | Docket No. 2:26-cv-03695 |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS**

Plaintiffs HACE and Villas Caribe LLC, by and through undersigned counsel, hereby submit this Response in Opposition to Navy Federal Credit Union's Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth more fully in Plaintiffs' accompanying Memorandum of Law, Navy Federal Credit Union's Motion to Dismiss should be denied. In the alternative, should the Court determine that any claim is insufficiently pleaded, Plaintiffs respectfully request leave to amend the Complaint.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny the Motion to Dismiss and grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**LAMB McERLANE PC**

Date: August 17, 2026

By: ______________________

Joel L. Frank (I.D. No. 46601)
Scot R. Withers (I.D. No. 84309)
Lauren M. Law (I.D. No. 320440)
24 East Market Street, P.O. Box 565
West Chester, PA 19381
(610) 430-8000
*Attorneys for Plaintiffs*