**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HACE and VILLAS CARIBE, LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**NAVY FEDERAL CREDIT UNION,**<br>**CITIZENS BANK, N.A., and**<br>**JOHN DOES 1-10**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26CV3695** |

**ORDER**

**AND NOW**, this 29th day of October, 2026, upon consideration of Defendant Navy Federal Credit Union's ("Navy Federal") Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim (ECF Nos. 8 & 20), and Plaintiffs HACE and Villas Caribe, LLC's (collectively, "Plaintiffs") response thereto (ECF No. 18), **IT IS HEREBY ORDERED** that Navy Federal's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Count V (violation of 13 Pa. C.S. § 4A207); Counts VI through X (negligence); Count XI (aiding and abetting fraud); and Count XII (conversion) are hereby **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**